**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**   (Check box if you are representing yourself ☐)

CARLOS B. TREVINO, et al.
(Please see attached caption)

**DEFENDANTS**

CUMMINS INC.; CUMMINS DIESEL SALES
CORPORATION; CAPACITY OF TEXAS, INC.; PACIFIC
CRANE MAINTENANCE SERVICES, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Stephen Heller, Esq.
Shayne Heller LaChapelle, Esq.
The Heller Law Firm
24025 Park Sorrento, Suite 240
Calabasas, CA 91302-4008
(818) 591-6388

Attorneys (If Known)

Attorneys for Defendant CARGOTEC SOLUTIONS, LLC
Christopher G. Foster, Esq. (SBN 119142)
Morris Polich & Purdy LLP
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
(213) 891-9100

**II.   BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.   CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.   ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V.   REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No      ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI.   CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Section 1332

**VII.   NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

CV13-00192

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                     CIVIL COVER SHEET

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]   A. Arise from the same or closely related transactions, happenings, or events; or

[ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Texas and Kansas |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X.   SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date January 10, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

1 Walter J. Lipsman, Esq. (SBN 77212)
wlipsman@mpplaw.com
2 Christopher G. Foster, Esq. (SBN 119142)
cfoster@mpplaw.com
3 **MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
4 Los Angeles, California 90017
Phone: (213) 891-9100 / Fax: (213) 488-1178
5
Attorneys for Defendant
6 CARGOTEC SOLUTIONS, LLC

7 Joshua A. Quinones, Esq. (SBN 186003)
jquinones@wshblaw.com
8 Lori L. Viera, Esq. (SBN 210623)
lvieira@wshblaw.com
9 WOOD, SMITH, HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
10 Glendale, California 91203
Phone: (818) 551-6000 / Fax: (818) 551-6050
11
Attorneys for Defendant
12 CAPACITY OF TEXAS, INC.

13 Robert A. Shields, Esq. (SBN 206042)
rshields@wilsonturnerkosmo.com
14 Sotera L. Anderson (SBN 211025)
sanderson@wilsonturnerkosmo.com
15 WILSON TURNER KOSMO LLP
550 West C Street, Suite 1050
16 San Diego, CA 92101
Phone: (619) 236-9600 / Fax: (619) 236-9669
17
Attorneys for Defendants
18 CUMMINS INC. and CUMMINS DIESEL
SALES CORPORATION
19

20 **UNITED STATES DISTRICT COURT**

21 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 22 CARLOS B. TREVINO, DONNA TREVINO, ALEX MARINKOVICH, | Case No.  BC 462323 |
| 23 JENNIFER SHARP, STEVEN SHARP, JOEL GRAVES, ROSEMARY GRAVES, | Removed from Los Angeles Superior Court, Case No. BC 462323 |
| 24 NICKOLAS VITALICH, SHARON VITALICH, GILBERT OLGUIN, | |
| 25 SANDRA OLGUIN, RALPH ESPOSITO, ANN ESPOSITO, MARILYN | **DEFENDANTS' NOTICE OF REMOVAL** |
| 26 WILLIAMS, STEVE ROLDAN, CHRISTY ROLDAN, LOURDES RADA, | |
| 27 ERIC COOPER, JOHNNIE CRUTCHFIELD, GUSSIE | |
| 28 CRUTCHFIELD, RAE DELGARDO, | |

1

1   TONY HERNANDEZ, JENNIFER
    HERNANDEZ, WILLIAM JEGIER,
2   DANUTA JEGIER, NICK LUSIC,
    YVONNE MARINKOVICH, VALERIE
3   ORTIZ, MARIE PLETKOVICH,
    JACQUE SHELL, MICHAEL
4   VOJKOVICH, TIFFANY VOJKOVICH,
    JOSHUA FLORES, NOEMI FLORES,
5   RICHARD FLORES, CARMEN
    FLORES, FRANK AVILA, VINKO
6   CARIC, ROBERT CASTORENA,
    JAMES MICHAEL LOPEZ, MICHAEL
7   SEMINTILLI, MARTHA SEMINTILLI,
    GEORGE SETKA, MARYANN SETKA,
8   LUTHER ABRAHMS, MONESHA
    ABRAHMS, MARIE AGUIRRE, RAJ
9   AKHIL, GREGORIO ALBAREZ,
    JOSEPH ALBERT, CHARLES
10  ANTHONY ALLEN, ROSENDO
    ALRETE, LUZ MARIA AMEZCUA,
11  MELVIN ANDERSON, PHILIP
    APELDIRE, SOLOMAN B. ARMOND,
12  LEON AYERS, YVONNE BAILEY,
    TOM BARCOT, DALE BARNES,
13  ANITA BATES, SIUPOLU
    BELAUSTEGUI, KENT BENNETT,
14  SHELLY BOHANON, RUBEN BORJA,
    EDWARD BOUGERE, CARLA BOYD,
15  CHARLES BRIDGETTE, HAROLD
    BROWN, JOHNNY C. BROWN,
16  NATHANIAL BROWN, WARREN
    BROWN, ED BUGARIN, DANNY
17  BURGIS, JASON CAMELLO, JOE
    CAMELLO, DARLENE CAMPBELL,
18  EVELIA CAMPOS, FRANK CAMPOS,
    HECTOR CAPOTE, FELIX
19  CARDENAS, MARNIE CARMONA,
    PHYLLIS CARPENTER, FRANK
20  CASTANIA, JULIO CASTANEDA,
    JOHN CHAVEZ, PAUL CIRILLO,
21  GREG CLARK, DYVETTE KAY
    COLLINS, LEROY COLLINS, PASKO
22  COTICH, LYRAE COX, THERESA
    CROMOSINI, JOE CUBIT, JEANNE
23  CUKROV, (DECEASED) MATT
    DAVISON, KEVIN DESHON, EDDIE
24  DEHARO, JOHN P. DELAROSA, DAN
    DEL REAL, BEVERLY DELUCA, BOB
25  DICKERSON, ROBERT G. DOUGLAS,
    JR., JACK DRUSKOVICH, JULIUS
26  DUNN, JONATHAN FERGESON,
    JOANN FERGUSON, AL FERRANTE,
27  NICHOLAS FLORENTIN, ARMANDO
    FLORES, RAY FOSTER, MARISSA R.
28  FRESCURA. ALAN FULLENWIDER.

2

**DEFENDANTS' NOTICE OF REMOVAL**

RAMONA GALINDA, ALBERT
GAMEROZ, RICARDO GAMEZ, JR.,
CHRISTINA GARCIA, JOHN GARCIA,
VICTOR GARCIA, BILLY GARDNER,
JANICE GARNETT, RAY GIACOMI,
LACRESA GILLIUM, JOSE GO, GIVCO
GOJANOVIC, RONIT GOLAN,
WILLIAM L. GOMILLION, RUSSELL
GONHUE, ARTHUR GONZALEZ,
JAMES GONZALES, MARTIN
GONZALES, JR., PHIL GRAVES,
ERNEST GREEN, CARMEN
GRISWOLD, JAMES W. GROOMES,
CHRISTINE GUERRERA, JULIUS
GUEVARA, CHARLES GUZMAN,
DEBORAH HANKS, LARE HAPONSKI,
ROBERT HARRELL, ROBIN
HARMON, WILLIE HAYES, ROBERT
HEBERER, ANTHONY HEMMONS,
KEVIN HENSON, ERNEST HERRERA,
JOHNNY HERRERA, CHARLENE
HOWARD, TOM HOYSGAARD,
DEBRA HUETT, SHAWN HUNTER,
KRYSTENA ISON, FRANCO IZZO,
REGINALD JACKSON, KINSHASA
JACKSON, ALBERT JELENIC, JAMES
JERNIGAN, BRETT JOHNSON,
JOSHUA JOHNSON, MICHAEL
JOHNSON, ROOSEVELT JOHNSON,
ROXANNE JOHNSON, SHIRLEY
JOHNSON, DWAYNE JONES, STEVEN
JONES, PETE JONCICH, BARBARA
JUAREZ, JOSEPH KIRKSEY,
DEBORAH KLEIN, RAUL LARIVERA,
CHRISTOPHER LASPESA, JERRY
LIEBMAN, RICK LIND, JAMAL LONG,
ALBERT LOPEZ, DIANA LOTT,
TAMIKA LOVE, BOB LUCIN,
PATRICK LYNN, LEVI MARTINEZ,
RAYMOND MARTINEZ, WINNI
MARTINEZ, DERRELL MATTHEWS,
MARK MATTHEWS, DON MCCALL,
ARMIDA MENDOZA, GERRY
MILLARD, DANISA MIRCOVICH,
BRIAN MISURACA, FLOREN
MOBLEY, PAULINE MOEGA,
RUSSELL MOILOV, EDDIE
MONCADO, JACOB MONTOYA,
RICARDO MONTOYA, LOREN
MORGAN, KATHRYN MORRISON,
RUDY MUNIZ, NICOLE MUNOZ,
VINCENT MUÑOZ, CARLOS
NARANJO, WILLIAM NAVARRO,
JESSIE NAVARRO, MIGUEL
NAVARRO. TERESA NAVARRO.

3

**DEFENDANTS' NOTICE OF REMOVAL**

1  JONATHAN NEAL, THERESA
   NELSON, CEASAR NUNEZ, SARA
2  OLSEN, RAZCO PANSLEY, HUEY
   PARKER, PHILLIP PELTIER, TERRI
3  PEREZ, TOM PETRICH, RAY PIGRAM,
   RODRICK PLEASANT, HENRY
4  PORTER, KEVIN PRATT, ANASTASIA
   PUNCHARD, ANTHONY QUEZADA,
5  MANUEL QUEZADA, RAYMOND
   QUEZADA, JULIAN QUINTERO,
6  MARIA RENDON, ROGENA RISING,
   FRED ROBINSON, RACHELLE
7  ROBINSON, LOUISE ROBINSON,
   WINFRED ROBINSON, ABIGAIL
8  RODRIGUEZ, HERBERT RODRIGUEZ,
   LAWRENCE ANDREW ROLAND,
9  REGGIE ROLAND, SR., GARY
   ROQUE, RUDY ROSAS, SR.,
10 KATHLEEN ROWLAND, SHYRAUN
   RUFFIN, JOAN E. SAMPLE, DAVID
11 SAMPOREO, GAY SANDERS,
   GREGORY SCOTT, LAREINA
12 SEDILLO, ISABEL SERRANO,
   MARGARET SHEFFIELD, WILLIAM
13 SHEFFIELD, WANDA SIGGERS,
   DIANA SILVA, DENISE SIMMONS,
14 JACQUES SIMON, BRIDGET SMITH,
   MATTHEW KEELY SMITH, DAVID
15 SMITH, LATEEFAH SMITH, ADRIAN
   SOTO, ELLENA SPEERS, RICHARD
16 STUCKEY, BOB SVORINICH, GLORIA
   SWANINGAN, MIGUEL TALAVERA,
17 DAVID THOMAS, BRANDON
   THOMAS, ROBERT THOMAS, NIKRA
18 TIMES, FRANK TRAMA, CLARENCE
   TURNER, JERRY TURNER, MARY
19 TURNER, CORY UPSHAW, MICHAEL
   URSICH, ROBERTO VALDEZ, EDDY
20 VAN GUYSE, JOAN VANSPREW,
   WILLIAM VASCONCELOS, MELVIN
21 VAUGHN, CYNTHIA VILLARREAL,
   JAEUNE WADE, JULIUS WALKER,
22 JELINE WADE, DEAN WARD, FRANK
   ROY WARTH, COLLIE
23 WASHINGTON, ROYNAL WATTS,
   ALVIN WHISENTON, GASHIA
24 WILLIAMS, RON WOODS, LINNELL
   VINCENT WOODARD, CLARENCE R.
25 WYNNE, DERRICK YOUNG, JEANNIE
   ZAKS, MARIA DEL-PILAR ZUANICH,
26 VICTOR M. ZUNIGA, MARIJO
   ZUVICH,
27
          Plaintiffs,
28

---

4

**DEFENDANTS' NOTICE OF REMOVAL**

*Carlos B. Trevino, et al. v. Cummins, Inc., et al.*
Removed from LASC-Central, Case No. BC 462323

## PROOF OF SERVICE

I am employed in Los Angeles County. I am over the age of 18 and not a party to this action. My business address is 1055 West Seventh Street, 24th Floor, Los Angeles, California 90017.

On January 10, 2013, I served the foregoing document, described as **"CIVIL COVER SHEET"** in this action by placing

☐ the original of the document  ☒ true copies of the document

in separate sealed envelopes to the following addresses:

### *See attached SERVICE LIST*

☒ **BY U.S. MAIL** I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Morris, Polich & Purdy's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ **BY ELECTRONIC TRANSMISSION** By agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below.

☐ **BY FEDERAL EXPRESS** I am familiar with the firm's practice of collecting and processing correspondence for delivery via Federal Express. Under that practice, it would be picked up by Federal Express on that same day at Los Angeles, California and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY FACSIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

I declare under penalty of perjury under the laws of the United States of America and the State of California, that the above is true and correct.

Executed on January 10, 2013, at Los Angeles, California.

*Mineeh P. Lapid*

L0404146.DOC

1

**PROOF OF SERVICE**

*Carlos B. Trevino, et al. v. Cummins, Inc., et al.*
Removed from LASC-Central, Case No. BC 462323

1

2

## SERVICE LIST

| | |
|---|---|
| Stephen Heller, Esq.<br>Shayne Heller LaChapelle, Esq.<br>THE HELLER LAW FIRM<br>24025 Park Sorrento, Suite 240<br>Calabasas, CA 91302-4008<br>Phone:    (818) 591-6388<br>Fax:        (818) 591-6399<br>heller@hellerlaw.net<br>shayne@hellerlaw.net<br>***Attorneys for Plaintiffs*** | Julie S. Swanson, Esq.<br>SWANSON LAW FIRM<br>499 North Canon Drive, 4th Floor<br>Beverly Hills, CA 90210<br>Phone:    (310) 887-3600<br>Fax:        (310) 878-0187<br>julia@jswansonlaw.com<br>***Attorneys for Plaintiffs*** |
| Carolin K. Shining, Esq.<br>LAW OFFICES OF CAROLIN K. SHINING<br>5455 Wilshire Boulevard, Suite 1925<br>Los Angeles, CA 90036<br>Phone:    (310) 310-7993<br>Fax:        (310) 802-3865<br>carolin.shining@gmail.com<br>***for Plaintiffs*** | James McAdams, Esq.<br>PIERRY & MCADAMS<br>302 W. 5th Street, Suite 304<br>San Pedro, CA 90731<br>Phone:    (310) 834-2691<br>Fax:        (310) 518-5814<br>jmcadams@pierrymcadams.com<br>***Attorneys for Plaintiffs*** |
| Joshua A. Quinones, Esq.<br>Lori L. Vieira, Esq.<br>WOOD, SMITH, HENNING & BERMAN, LLP<br>505 N. Brand Boulevard, Suite 1100<br>Glendale, CA 91203<br>Phone:    (818) 551-6000<br>Fax:        (818) 551-6050<br>jquinones@wshblaw.com<br>lvieira@wshblaw.com<br>***Attorneys for CAPACITY OF TEXAS, INC.*** | Robert A. Shields. Esq.<br>Sotera L. Anderson, Esq.<br>WILSON, TURNER, KOSMO LLP<br>550 West C Street, Suite 1050<br>San Diego, CA 92101<br>Phone:    (619) 236-9600<br>Fax:        (619) 236-9669<br>rshields@wilsonturnerkosmo.com<br>sanderson@wilsonturnerkosmo.com<br>***Attorneys for CUMMINS, INC. and CUMMINS DIESEL SALES CORPORATION*** |
| Nicholas S. Politis, Esq.<br>Thomas C. Jorgensen, Esq.<br>FLYNN, DELICH & WISE, LLP<br>One World Trade Center, Suite 1800<br>Long Beach, CA 90831-1800<br>Phone:    (562) 733-2380<br>Fax:        (562) 437-7555<br>nicholasp@fdw-law.com<br>thomasj@fdw-law.com<br>***Attorneys for PACIFIC CRANE MAINTENANCE COMPANY*** | Shayne L. Wulterin, Esq.<br>FORD, WALKER, HAGGERTY & BEHAR, LLP<br>One World Trade Center, 27th Floor<br>Long Beach, CA 90831<br>Phone:    (562) 983-2526<br>Fax:        (562) 590-3525<br>shayne@fwhb.com<br>***Attorneys for DYNAFLEX PRODUCTS*** |

L0404146.DOC

2

**PROOF OF SERVICE**

*Carlos B. Trevino, et al. v. Cummins, Inc., et al.*
Removed from LASC-Central, Case No. BC 462323

| | |
|---|---|
| Allen C. Schlinsog, Jr., Esq.<br>James P. Denis, III, Esq.<br>Amy L. MacArdy, Esq.<br>REINHART BOERNER VAN DEUREN S.C.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202<br>Phone:    (414) 298-8745<br>Fax:       (414) 298-8097<br>aschlinsog@reinhartlaw.com<br>aschneik@reinhartlaw.com<br>amacardy@reinhartlaw.com<br>***Co-Counsel for CARGOTEC SOLUTIONS,***<br>***LLC*** | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28